UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UPSTATE NEW YORK ENGINEERS HEALTH FUND, by Daniel P. Harrigan, as Administrator; UPSTATE NEW YORK ENGINEERS PENSION FUND, by Daniel P. Harrigan, as Administrator; UPSTATE NEW YORK ENGINEERS S.U.B. FUND, by Daniel P. Harrigan, as Administrator; UPSTATE NEW YORK ENGINEERS TRAINING FUND, by Theron Hogle and Eugene Hallock, as Trustees; OPERATING ENGINEERS LOCAL 17 TRAINING FUND, by James Smolinski, as Administrative Manager; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, By Michael R. Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL UNION NO. 17, by Norman Noon, as Business Manager

Plaintiffs,

– against –

CONTOUR STEEL, INC., and MARK PATTON, Individually and as an Officer of CONTOUR STEEL, INC.,

Defendants.

**NOTICE OF DISMISSAL**

Civil Action No. 5:15-cv-00796 (FJS/DEP)

PLEASE TAKE NOTICE, that Plaintiffs dismiss the above-referenced action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: January 14, 2016

By: BLITMAN & KING LLP

Jennifer A. Clark, of Counsel
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: jaclark@bklawyers.com

H:\coll\Legal\Contour_EJBF-Dismiss-Not.docx

IT IS SO ORDERED:

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: January 15, 2016
Syracuse, NY